# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| BRUCE KONYA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant. | Case No. 8:24-cv-00750-PJM |

## **MOTION TO WITHDRAW APPEARANCE**

Pursuant to L.R. 101.2(b)(1), Michelle N. Webster, of Mayer Brown LLP, respectfully withdraws her appearance on behalf of Defendant Lockheed Martin Corporation ("Defendant"). Defendant will continue to be represented by Nancy Ross, Reginald Goeke, Eric A. White, E. Brantley Webb and Jennifer L. Weinberg, of Mayer Brown LLP, and Abbey M. Glenn, Christopher J. Boran, Samuel D. Block, and Matthew A. Russell of Morgan, Lewis & Bockius LLP, who have previously entered their appearances.

WHEREFORE, the undersigned counsel requests that this Court enter an Order that permits Michelle N. Webster of Mayer Brown LLP, to withdraw as attorney of record for Defendant in this case.

Dated: November 27, 2024

*/s/ Michelle N. Webster*
Michelle N. Webster (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Email: mwebster@mayerbrown.com

## **CERTIFICATE OF SERVICE**

I certify that, on November 27, 2024, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office using this Court's electronic filing system, which will then send a notice of electronic filing to all attorneys of record.

/s/ *Michelle N. Webster*
Attorney for Defendants