IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRUCE KONYA, SIMON SHIFF, STEPHEN SCHWARZ, DIANA VASQUEZ, individually and as representatives of a class of participants and beneficiaries on behalf of the Lockheed Martin Corporation Salaried Employee Retirement Program and the Lockheed Martin Aerospace Hourly Pension Plan,

Plaintiffs,

v.

LOCKHEED MARTIN CORPORATION,

Defendant.

Civ. No. 24-750-BAH

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is, by the United States District Court for the District of Maryland, hereby ORDERED that:

(1) Defendant Lockheed Martin Corporation's motion certify for immediate appeal pursuant to 28 U.S.C. § 1292(b), ECF 83, is **GRANTED**;

(2) The Court **CERTIFIES** an interlocutory appeal on the question of whether Plaintiffs have plausibly alleged a sufficient injury for purposes of Article III standing;

(3) The case is **STAYED** pending resolution of this interlocutory appeal; and

(4) The Clerk of the Court shall transmit a copy of this Order and the accompanying memorandum opinion to counsel of record.

Dated: July 22, 2025

/s/
Brendan A. Hurson
United States District Judge